**E-FILED**
Thursday, 19 August, 2004  09:12:59 AM
Clerk, U.S. District Court, ILCD

CIB-14, AUSA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS .

AUG 17 2004  10:12a

__Olando Keith Chaff__

Name under which you were convicted

Docket No. _____ O4-1278 _____

(To be supplied by Clerk)

__# 46062-004__

Prison Number

---

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2241
## BY A PERSON IN FEDERAL CUSTODY

---

__OLANDO KEITH CHAFF__ , Petitioner

Name under which you were convicted

vs.

__SUZANNE R. HASTINGS, WARDEN__ . Respondent

Name of Warden. Superintendent. Jailor. or
authorized person having custody of petitioner

---

(This form is **not** to be used if petitioner claims that his federal sentence itself is **unlawful**. If a petitioner wishes to attack his federal sentence. he or she should file a motion under 28 U.S.C. §2255 to vacate. set aside or correct sentence in the federal court which entered judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN FEDERAL CUSTODY

### INSTRUCTIONS -- READ CAREFULLY

1)    This petition must be readable, either handwritten or typewritten on 8½" x 11" paper, signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. No notary is required.

2)    Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3)    Upon receipt of a fee of $5.00, your petition will be filed.

4)    If you do not have the necessary filing fee, you may request permission to proceed **in forma pauperis**. Two (2) request forms are included. You must sign, date and answer all questions clearly and concisely, setting forth information regarding your inability to prepay costs and fees. Additionally, you must have an authorized officer of the institution complete the trust account certificate. The original should be filed with your petition, the other copy is for your records.

5)    When the petition is complete, mail the **original and three (3) copies** along with the five ($5.00) dollar filing fee or request to proceed in forma pauperis to: John M. Waters, Clerk of the Court, United States District Court, Central District of Illinois, 100 N.E. Monroe St., Room 135, Peoria, IL  61602.

6)    Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

### PETITION

I.    GENERAL INFORMATION

    A.    Place of confinement:  FCI Pekin

    B.    Petitioner's institutional address:  P.O. Box 5000, Pekin, Illinois, 61555-5000

    C.    If you are in custody under a conviction and sentence, complete the following:

        1.    Nature of offense: Robbery, Kidnapping, Weapons Violation

        2.    Name and location of Court which imposed sentence: United States District Court, Southern District of Florida

3.    Case number(s):  92-6138-CR-ZLOCH

4.    Date of your arrest or confinement:  September 15, 1992

## II.    SUBJECT OF THIS PETITION

A.    Indicate the **type** of decision or action which you are challenging:

_____ Denial of parole
_____ Revocation of parole
_____ Disciplinary matter
_____ Revocation of good time credits
_____ Detainer
_XX_ Other (describe briefly the type of decision or action involved):
      Challenging the legality of my federal detention
      under the Hobbs Act, Robbery conviction,
      Title 18 U.S.C.A. § 1951 & 2.

B.    Who made the decision or took the action?  ‒ N A ‒

C.    Date of decision or action?  ‒ N A ‒

D.    Was there a hearing of any kind?   Yes ( )   No ( )

1.    First Hearing
      Date:_____
      Location: _____
      Conducted by:____ N A _____
      Result:_____

2.    Second Hearing
      Date:_____
      Location: _____
      Conducted by:____ N A _____
      Result:_____

E.    Were you represented by counselor by a staff representative at any hearing?
             Yes ( )   No ( )

      If yes, give name and address:  ‒ N A ‒

## III.    PREVIOUS APPEALS/ADMINISTRATIVE REMEDY PROCEDURES

A.    If your claim concerns a parole matter (for example, denial, modification, or
      revocation of parole), complete the following:

1.    Did you appeal the decision to the Regional Commissioner?
      Yes ( ) No ( )

    a.    Date of filing appeal _____ N A _____
    b.    Grounds raised: _____

        N/A

    c.    Result and date: _____


2.    Did you appeal the decision to the National Appeals Board/U.S. Parole
      Commission?   Yes ( ) No ( )

    a.    Date of filing appeal _____
    b.    Grounds raised: _____

        N/A

    c.    Result and date: _____


B.    If your claim concerns something other than parole, (for example, a disciplinary
      matter), complete the following about the administrative remedy procedures. (See
      C.F.R. §542.10.)

    1.    Did you attempt to resolve your complaint informally?
        Yes ( ) No ( )

    2.    Did you file a formal complaint?   Yes ( )  No ( )

    3.    Did you appeal to the Warden?   Yes ( )  No ( )

    4.    Did you appeal to the Regional Commissioner?  Yes ( )  No ( )

    5.    Did you appeal to the General Counsel?   Yes ( )  No ( )

    6.    If you did not use the Administrative Remedy Procedure, explain why you
        did not do so. _____

        N/A


    7.    Attach copies of your incident report or parole rationale (where appropriate), your
        request(s) for an administrative remedy and the response(s) you received.  If you
        cannot do so, explain why not. _____
        N/A

D.    Have you filed any previous lawsuit(s) related to your present claim?
      Yes ( )  No ( )

1. Name and location of Court:_____
2. Date of filing:_____
3. Case number:_____
4. Nature of suit:_____
5. Grounds raised:_____

6. Result and Date:_____

## IV.    GROUNDS FOR RELIEF

State concisely every ground on which you claim that you are being held unlawfully.
Summarize briefly the facts supporting each ground. It is not necessary to cite cases of
law in this petition. However, if you wish to cite cases or law, you should do so in a
separate memorandum or brief. If necessary, you may attach extra page(s) of facts
supporting your grounds for relief.

A.    Ground One: The jurisdictional element was insufficient
      to convict petitioner under 18 U.S.C. § 1951 & 2
      Supporting FACTS (tell your story briefly without citing cases or law).
      The government failed to show that the robbery of the
        victims in this case had an effect on interstate
        commerce sufficient enough to meet the jurisdictional
        requirement under § 1951. The basis used to satisfy
        federal jurisdiction was that the home where the
        robbery took place was insured by an insurance
        company that wrote claims out-of-state; this was
        insufficient.

B.    Ground Two:_____

      Supporting FACTS (tell your story briefly without citing cases or law).

C.    Ground Three: _____

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____
_____
_____

D. Ground Four: _____

Supporting **FACTS** (tell your story briefly without citing cases or law).

_____
_____
_____
_____
_____
_____
_____
_____

## V.    REQUEST FOR RELIEF

State here exactly what you want the court to do for you.

Petitioner request that his Hobbs Act conviction be
reversed, and the guilty plea be deemed invalid
because the decision to plead guilty rested on the
fact that a robbery did take place.

_____
_____
_____

## VI.    DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury, that I am the petitioner in the above action, that I have read the above petition and that the information contained therein is true and correct. 28 U.S.C. §1746: 18 U.S.C. §1621.

Signed this _11^TH_ day of _AUGUST_, 2004

_Olando K. Choff_
Signature of Petitioner