# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**OLANDO KEITH CHAFF**

vs.                                                                 Case Number:  **04-1278**

**SUZANNE R. HASTINGS, Warden**

☐  **DECISION BY THE COURT**.  This action came before the Court.  The issues have been plead and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petition for Writ of Habeas Corpus Pursuant to 28:2241 is DENIED. Case terminated.

ENTER this 1st day of September, 2004

JOHN M. WATERS, CLERK

s/C. Lambie

_____
BY:  DEPUTY CLERK