E-FILED
Friday, 24 September, 2004   12:05:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

OLANDO CHAFF,

v.

SUZANNE R. HASTING, WARDEN,
UNITED STATES OF AMERICA.

CIVIL NO. 04-1278

FILED
SEP 2 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOTICE OF APPEAL

Pursuant to Rule (3) and (4) of the Federal Rules of Appellate Procedure, notice is hereby given in the above captioned cause that Petitioner-Appellant, **OLANDO KEITH CHAFF**, Pro-se, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of the District Court of the Central District of Illinois, Honorable Chief United States District Judge Joe Billy McDade presiding, dismissing his Habeas petition, pursuant to 28 U.S.C. § 2241 et. seq, on or about September 1, 2004.

Respectfully Submitted,

*Olando K. Chaff*
OLANDO KEITH CHAFF
Reg. No. 46062-004
Federal Correctional Institution
P.O. Box 5000
Pekin, IL  61555-5000

## CERTIFICATE OF FILING

I, OLANDO CHAFF, hereby certify that on this 22 day of September, 2004, I the undersigned party did file the within Notice of Appeal to the United States District Court, Central District of Illinois, by mailing one (1) original and (2) copies thereof by depositing the same in the U.S. Mail box at F.C.I. Pekin, IL, addressed to Office of the Clerk, Room 309, Federal Building, 100 N.E. Monroe, Peoria, Illinois, 61602, with sufficient postage affixed thereto.

*Olando Chaff*
OLANDO CHAFF

## CERTIFICATE OF SERVICE

I, OLANDO CHAFF, hereby certify under the penalty of perjury that on this 22 day of September, 2004, I the undersigned party did serve the within Notice of Appeal on U.S. Attorney's Office, by mailing one (1) copy thereof to 211 Fulton St., Suite 400, Peoria, Illinois, 61602, by placing said document in the U.S. Mail box at the F.C.I. Pekin, IL, with first-class postage, fully pre-paid.

*Olando Chaff*
OLANDO CHAFF