# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of IL            Docket No.: 04-1278

Division: Peoria

**Plaintiff (Petitioner)      Short Caption      Defendant (Respondent)**

Olando Chaff, Petitioner            v.      S. Hastings, Respondent

---

**Current Counsel for Plaintiff (Petitioner):**       **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Olando K Chaf, 46062-004            Name:

Firm: c/o FCI Pekin                   Firm:

Address: PO Box 5000                  Address:

Pekin, IL. 61555

Phone: (309) 346-8588                 Phone:

---

Judge: Joe B. McDade                  Nature of Suit Code:   530

Court Reporter: N Mersot              Date Filed in District Court:  8/17/04

                                      Date of Judgment: 9/1/4

                                      Date of Notice of Appeal: 9/24/04

Counsel:   ___Appointed     ___Retained   _x_Pro Se

Fee Status:   ___Paid    _x__Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes      x___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide  (USM#):  ____46062-004_____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**