E-FILED
Tuesday, 12 October, 2004  04:25:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

OLANDO K. CHAFF,
       Appellant,

No. 04-3497    v.

SUZANNE HASTINGS, WARDEN,
       Appellee.



FILED
OCT 12 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PRO SE DOCKETING STATEMENT

1. Olando K. Chaff
   Federal Correctional Institution
   Post Office Box 5000
   Pekin, Illinois, 61555-5000

2. United States District Court
   For the Central District of Illinois

3. Case No. 04 C1278

4. District Court Order Dates:  September 1, 2004; and
                                September 13, 2004

5. Type of Action:  Habeas Corpus

6. Appellant filed a 28 U.S.C. § 2241 to contest his federal detention and conviction. Had requested that his conviction be deemed invalid due to the jurisdictional nexus used to

establish the violation of interstate commerce. That nexus was none existant and appellant believes he committed <u>no</u> federal crime.

7. The decision of the District Court should be reversed due to the holdings in two Supreme Court cases which interpretations of two criminal statutes prove that the appellant is in fact innocent of the conviction he challenges in the habeas corpus petition. He had showed the district court that § 2255 was in fact inadequate or ineffective, as well as, his actual innocence of the crime he is convicted of.

8. There was no hearing held by the district court.

Respectfully Submitted,

*Olando K. Chaff*
OLANDO K. CHAFF

10-7-04

- 2 -

CERTIFICATE OF SERVICE

I, the below signed, hereby certify and swear under the penalty of perjury that a true and correct copy of the foregoing was sent by U.S. Mail, first-class, pre-paid postage, by placing it in the legal mail box at F.C.I. Pekin, this 7 day of October, 2004, to:

United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Federal Building
100 N.E. Monroe
Peoria, IL 61602

*Orlando K. Chaffy, Pro-Se*