E-FILED
Thursday, 12 May, 2005  12:21:16 PM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

May 12, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Chaff v. Hastings
D. C. Docket No. 04-1278
U. S. C. A. Docket No. 04-3497

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1 Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/C. Lambie
Deputy Clerk

14, APPEAL, CLOSED, PRO SE

# U.S. District Court
## Central District of Illinois (Peoria)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01278-JBM
Internal Use Only

Chaff v. Hastings  
Assigned to: Chief Judge Joe Billy McDade  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/17/2004  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

Olando Keith Chaff        represented by  Olando Keith Chaff  
46062-004  
PEKIN  
Federal Correctional Institution  
PO Box 5000  
Pekin, IL 61555-5000  
309-346-8588  
PRO SE

V.

**Respondent**

**Suzanne R Hastings**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2004 | 1 | PETITION for Writ of Habeas Corpus Pursuant to 28 USC Section 2241 by a Person in Federal Custody (Filing fee $5.00 paid), filed by Pro Se Petitioner Olando Keith Chaff.(RK, ilcd) Additional attachment(s) added on 8/19/2004 (HK, ilcd). (Entered: 08/18/2004) |
| 08/17/2004 | 2 | MEMORANDUM of Law in Support of 1 Petition for Writ of Habeas Corpus Pursuant to 28 USC Section 2241 by a person in federal custody filed by Pro Se Petitioner Olando Keith Chaff. (RK, ilcd) (Entered: 08/18/2004) |
| 08/17/2004 | 3 | Jurisdictional MEMORANDUM in Support of 1 Petition for Writ of Habeas Corpus Pursuant to 28 USC Section 2241 by a person in federal custody filed by Pro se Petitioner Olando Keith Chaff. (RK, ilcd) (Entered: 08/18/2004) |
| 08/17/2004 | 4 | Receipt #P010568 for filing fee paid by Pro Se Petitioner Chaff. (RK, |

| | | |
|---|---|---|
| | | ilcd) (Entered: 08/18/2004) |
| 09/01/2004 | 5 | ORDER re 1 Petition for Writ of Habeas Corpus. Ordered that Petition for Writ of Habeas Corpus is DENIED. Civil Case Terminated. Entered by Judge Joe Billy McDade on 9/1/2004. (CL, ilcd) (Entered: 09/01/2004) |
| 09/01/2004 | 6 | JUDGMENT in favor of Respondent against Petitioner (CL, ilcd) (Entered: 09/02/2004) |
| 09/08/2004 | 7 | MOTION for Reconsideration re 6 Judgment by Petitioner Olando Keith Chaff. Responses due by 9/22/2004 (KB, ilcd) (Entered: 09/08/2004) |
| 09/10/2004 | 8 | ORDER entered by Judge Joe Billy McDade on 9/10/04 denying 7 Motion for Reconsideration. (CL, ilcd) (Entered: 09/13/2004) |
| 09/24/2004 | 9 | NOTICE OF APPEAL as to 5 Order, Terminated Case, 6 Judgment by Olando Keith Chaff (HK, ilcd) (Entered: 09/24/2004) |
| 09/24/2004 | 10 | Short Record of Appeal Sent to US Court of Appeals re 9 Notice of Appeal (HK, ilcd) (Entered: 09/24/2004) |
| 09/29/2004 | 11 | NOTICE of Docketing Short Record on Appeal from USCA re 9 Notice of Appeal filed by Olando Keith Chaff. USCA Case Number 04-3497 (CL, ilcd) (Entered: 09/29/2004) |
| 10/12/2004 | 12 | JURISDICTIONAL/DOCKETING STATEMENT by Pro Se Plaintiff Olando Keith Chaff re 9 Notice of Appeal (CL, ilcd) (Entered: 10/12/2004) |
| 10/14/2004 |  | USCA Appeal Fees received $ 255 receipt number P011026 re 9 Notice of Appeal filed by Olando Keith Chaff (cc CA7) (CL, ilcd) (Entered: 10/15/2004) |
| 10/15/2004 | | *** Set/Clear Flags (CL, ilcd) (Entered: 10/15/2004) |
| 05/11/2005 | 13 | NOTICE to transmit record to Court of Appeals (CL, ilcd) (Entered: 05/11/2005) |