E-FILED
Monday, 23 May, 2005 02:29:48 PM
Clerk, U.S. District Court, ILCD



04-3497

# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

May 12, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A.—7th Circuit
RECEIVED
MAY 1 6 2005 DW
GINO J. AGNELLO
CLERK

FILED
MAY 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Chaff v. Hastings
D. C. Docket No. 04-1278
U. S. C. A. Docket No. 04-3497

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1  Volumes of Pleadings

   Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

   Impounded Exhibits:

   Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A.—7th Circuit
FILED
MAY 1 7 2005 DW
GINO J. AGNELLO
CLERK
DOC. # 1860736-1

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/C. Lambie
Deputy Clerk

ON AIMS
MAY 1 7 2005
DW